UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GLORIA A. PACHECO,
Plaintiff,

v.     No. CV 07–1230 LCS/RLP

JOHN E. POTTER, Postmaster
General, United States Postal Service,
Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition filed July 30, 2008. (Doc. 11.) Plaintiff filed a "Notice" on August 11, 2008 (Doc. 12), but this notice was unresponsive to the Proposed Findings and Recommended Disposition.

**WHEREFORE,**

**IT IS HEREBY ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition filed July 30, 2008 (Doc. 11) are adopted by the Court.

An Order of Dismissal consistent with this Order shall be issued forthwith.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE